# IN US COURT OF APPEALS FOR THE ELEVENTH CIRCUIT.

**RE-Submission ID#**
**RE-Submission Date#**: / /**2025** **(Date format: mm/dd/**yyyy OR **mm-dd-**yyyy).
**Submission ID#** file uploaded successfully
**Submission Date#: 04/15/2025 (Date format: mm/dd/yyyy OR mm-dd-yyyy).**

Case No.: 25-11094.

Lower Case No.: SC20-1397.

In Re Joel A. Horta Suarez;

(Petitioner/Plaintiff)

Vs

Miami Dade Police Department (MDPD);

Miami-Dade County;

FL Court Eleventh Judicial Circuit;

Florida State as a Required Party;

(Defendant(s)).

## MOTION FOR EXTENSION OF TIME TO FILE IFP APPLICATION- OR FOR LEAVE TO PROCEED WITH DEFERRAL OF PAYMENT OF FEES OR COSTS IN THE ACTION.

**SUMMARY OF RELATED CASES BY NUMBER:**

**Florida (FL) Supreme Court Case No(s)**.: SC20-1397; SC22-1762; 3D23-0003; SC2024-0430; and 3D2024-0610.

**US District Courts No(s)**.: 1:17-cv-04691; 1:18-cv-02983; 1:21-cv-10879; 1:21-CV-23296; 1:21-cv-22542-RNS; 1:22-cv-00568; 1:22-cv-24211.

**United States Tax Court Case No(s)**.: 19564-21.

**US Court of Appeals Circuits Case No(s)**.: 18-1511; 23-13210; 23-13088; 23-13526; 24-10211; 24-10974-F.

**FL Lower Tribunal Case No(s)**.: 2022-005281-CA-01; 2022-022269-CA-01; 2023-020816-CA-01; 2023-021648-CA-01; 2023-024850-CA-01.

# PETITION FOR EXTRAORDINARY RELIEF FOR RETURN OF PROPERTY AND MONEY DAMAGES AGAINST THE MIAMI DADE POLICE DEPARTMENT (MDPD); MIAMI-DADE COUNTY; AND THE STATE OF FLORIDA FOR INJURY AND LOSS OF PROPERTY CAUSED BY NEGLIGENT ACTS OR OMISSIONS OF MIAMI-DADE AND FLORIDA STATE AGENTS.

# PETITIONER/PLAINTIFF JOEL A. HORTA SUAREZ'S CERTIFICATE OF INTERESTED PERSONS (CIP) AND CORPORATE DISCLOSURE STATEMENTS PURSUANT TO FRAP RULE 26.1 (11TH Circuit R. 26.1-1), AND FRCP 7.1.

Appellant/Plaintiff, Joel Alberto Horta Suarez, pursuant to Federal Rules of Appellate Procedure Rule Rule 26.1; 11th Circuit Local Rule 26.1-1; and Federal Rules of Civil Procedure, Rule 7.1, hereby makes the following disclosures in relation to persons or parties having an interest in the outcome of  this appeal:

**Attorneys:**

**On their appearance as counsel for Defendant, Wells Fargo Bank, N.A.:**

(1) Amy S. Rubin.

(2) Megan A. McNamara.

**On their appearance as counsel for Defendant, Whole Foods Market IP Inc.**

(3) Derek H. Lloyd, Esq. — Florida Bar. No. 527157

(4) Victoria Godwin-Reese, Esq — Florida Bar No.: 58674

**On their appearance as counsel for Defendant, Chicago Mercantile Exchange Inc. (CME Group).**

(5) Christian C. Kohlsaat, Esq — Florida Bar No. 117795

**On their appearance as counsel for Defendant, Bank of America N.A./Corp.**

(6) Counsel has not yet appeared for Defendant Bank of America N.A./Corp.

**On their appearance as counsel for Defendant, Capital One Bank NA/FC.**

(7) Counsel has not yet appeared for Defendant Capital One Bank NA/FC.

**On their appearance as counsel for Defendant, FRB Bank of Atlanta**

(8) Counsel has not yet appeared for Defendant FRB Bank of Atlanta.

**On their appearance as counsel for Defendant, Hilton Worldwide Holdings Inc.**

(9) Counsel has not yet appeared for Defendant Hilton Worldwide Holdings Inc.

**On their appearance as counsel for Defendant, JP Morgan Chase & Co.**

(10) Counsel has not yet appeared for Defendant JP Morgan Chase & Co.

**On their appearance as counsel for Defendant, PNC Bank, N.A.**

(11) Counsel has not yet appeared for Defendant PNC Bank, N.A.

**On their appearance as counsel for Santander Bank NA (USA).**

(12) Counsel has not yet appeared for Defendant Santander Bank NA (USA).

**Firms, Partnerships, Corporations, Including Subsidiaries, Conglomerates, Affiliates, Parent Corporations:**

(13) Bank of America N.A./Corp.; **Stock Symbol**: BAC.

(14) BUCHANAN INGERSOLL & ROONEY PC – Attorneys for Defendant

2 South Biscayne, Blvd., Suite 1500

Miami, Florida 33131

Telephone: (305) 347-4080 — Facsimile: (305) 347-4089

Designated emails, per Fla.R.Jud.Admin.2.516:

**Primary**: christian.kohlsaat@bipc.com.

**Secondary**: patricia.delgado@bipc.com; eservice@bipc.com.

on its appearance as counsel for Defendant, CME Group.

(15) Capital One Bank NA/FC; **Stock Symbol**: COF.

(16) Chicago Mercantile Exchange Inc. (CME Group); **Stock Symbol**: CME.

(17) CHARTWELL LAW — Attorneys for Defendant

1191 East Newport Center Drive; Penthouse Suite H

Deerfield Beach, FL 33442

Tel: (754) 227-7995 – Fax: (754) 212-4170

Designated emails, per Fla.R.Jud.Admin.2.516:

**Primary**: dlloyd@chartwelllaw.com; garboleda@chartwelllaw.com.

**Secondary**: vgodwin-reese@chartwelllaw.com;
emisrahi@chartwelllaw.com.

on its appearance as counsel for Defendant, Whole Foods Market IP Inc.

(18) Chicago Mercantile Exchange Inc. (CME Group); **Stock Symbol**: CME.

(19) FRB Bank of Atlanta; **Stock Symbol**: N/A.

(20) FOX ROTHSCHILD LLP;

777 South Flagler Drive

Suite 1700 West Tower

West Palm Beach, FL 33401

Telephone: (561) 835-9600

Facsimile: (561) 835-9602

on its appearance as counsel for Defendant, Wells Fargo Bank, N.A.

(21) Hilton Worldwide Holdings Inc.; **Stock Symbol**: HLT.

(22) JP Morgan Chase & Co.; **Stock Symbol**: JPM.

(23) PNC Bank, N.A.; **Stock Symbol**: PNC.

(24) Santander Bank NA (USA); **Stock Symbol**: SAN.

(25) Wells Fargo Bank, National Association (Wells Fargo Bank N.A.); (Defendant/Debtor): **Stock Symbol**: WFC (NYSE).

(26) Whole Foods Market IP Inc.; **Stock Symbol**: WFM.

**Judges, Trial judges:**

(27) Altonaga, Cecilia M. U.S. Chief District Judge. U.S. District Court Southern District of Florida. Court Docket Number: **1:22-cv-24211**-CMA. **Date Filed**: 12/27/2020. **Terminated**: 01/21/2023.

(28) Arzola, Antonio. Circuit Court Judge. Florida Court for the Eleventh Judicial Circuit. Court Docket Number: **2022-022269-CA-01**.

(29) Branch, Elizabeth L. U.S. Circuit Judge. U.S. Court of Appeals for the Eleventh Circuit. Court Docket Number: **24-10156**.

(30) Del Rio, Vivianne. Circuit Court Judge. Florida Court for the Eleventh Judicial Circuit. Court Docket Number: **2023-024850-CA-01**.

(31) Gayles, Darrin P. U.S. District Judge. U.S. District Court Southern District of Florida. Court Docket Number: **1:21-CV-23296**.

**Date Filed**: 09/10/2021. Terminated:.

(32) Guzman, Carlos. Circuit Court Judge. Florida Court for the Eleventh Judicial Circuit. Court Docket Number: **2023-020816-CA-01**.

(33) Hendon, Eric Wm, Judge. Florida Third District Court of Appeal. Court Docket Number: **3D23-0003**.

(34) Jordan, Adalberto. U.S. Circuit Judge. United States Court of Appeals for the Eleventh Circuit. Court Docket Number: **24-10974**.

(35) Logue, Thomas, Judge. Florida Third District Court of Appeal. Court Docket Number: **3D23-0003**.

(36) Lopez, Carlos. Circuit Court Judge. Florida Court for the Eleventh Judicial Circuit. Court Docket Number: **2023-021648-CA-01**.

(37) Lopez, Peter R. Circuit Court Judge. Florida Court for the Eleventh Judicial Circuit. Court Docket Number: **2023-021648-CA-01**.

(38) Montaldo, Luis, Clerk Florida Supreme Court. Court Docket Number: **SC22-1762**.

(39) Newsom, Kevin C. U.S. Circuit Judge. United States Court of Appeals for the Eleventh Circuit. Court Docket Number: **23-13088**. Court Docket Number: **24-10974**.

(40) Prieto, Mercedes M., Clerk Florida Supreme Court. Court Docket Number: **SC22-1762**.

(41) Scales, III, Edwin A., Judge. Florida Third District Court of Appeal. Court Docket Number: **3D23-0003**.

(42) Scola, Jr, Robert N. U.S. District Judge. U.S. District Court Southern District of Florida. Court Docket Number: **1:21-cv-22542**.

(43) Smith, David J., Clerk of U.S. Court of Appeals for the Eleventh Circuit. Court Docket Number: **24-10211**. Related to: **1:22-cv-00568**.

(44) Taylor Swain, Laura, U.S. Chief District Judge. U.S. District Court Southern District of New York. Court Docket Number: **1:22-CV-00568**. **Date Filed**: 01/20/2022. Docket Number: **21-CV-10879**.

(45) Tomasino, John A., Clerk Florida Supreme Court. Court Docket Number: **SC22-1762**.

(46) Wilson, Charles R. U.S. Circuit Judge. United States Court of Appeals for the Eleventh Circuit. Court Docket Number: **24-10211**.

**Other Individual Persons or Parties; or Associations of Persons:**

(47) Joel A. Horta Suarez, Appellant/Plaintiff, has brought this action in his individual capacity; Plaintiff is a US Permanent Resident, and a Citizen of Florida State.

(48) The action, although brought in an individual capacity, includes interests of a Business Organization in unregistered form under the name of Eudaimonia Capital Group Corp. There are no parent corporations or any publicly held corporations owning 10% or more of its stock, or any of the unregistered interests.

## PETITIONER'S CERTIFICATE OF CIP COMPLIANCE.

Petitioner/Plaintiff, Joel A. Horta Suarez, hereby certifies to the Court that the filed CIP is complete; and therefore in compliance with: FRAP 26.1. Disclosure Statement; 11th Cir. R. 26.1-1 Certificate of Interested Persons and Corporate Disclosure Statement (CIP): Filing Requirements; and 11th Cir. R. 26.1-2 CIP: Contents, (.c).

**MOTION FOR EXTENSION OF TIME TO FILE IFP APPLICATION- OR FOR LEAVE TO PROCEED WITH DEFERRAL OF PAYMENT OF FEES OR COSTS IN THE ACTION.**

Notice is hereby given that Joel A. Horta Suarez, Plaintiff/Petitioner in the above-captioned action (), motions the US Court of Appeals for the Eleventh [11TH] Circuit, for an extension of time in amount of 7 (seven) days to file Motion to Proceed with a Deferral of Court's Costs in the action; otherwise for leave to file In forma Pauperis [IFP] application; pursuant to 11th Cir. R. FRAP 26. Computing and Extending Time; (b), (.c).

Plaintiff alleges as main reason for said extension of time's request extraordinary circumstances, marked by financial hardship; and the presence of concurrent litigation, which will be brought to the Court's attention in respective notices of "Concurrent Litigation and or Related Cases".

CERTIFICATE OF COMPLIANCE.

I hereby certify that the foregoing document/motion has been typed in compliance with the requirement of the Federal Rules of Appellate Procedure Rule 28, 27(d), 32, and in compliance and request of acceptance of variations pursuant to Federal Rules of Appellate Procedure 32(e). The document complies with the type-volume limitation in the rules and contains 140 words.

**Defendant(s)/Debtor(s) Information**

FL Eleventh Judicial Circuit Court .

**Address**: 73 W. Flagler Street. Miami, Florida 33130 .

FL 11th Judicial Circuit **Clerk of Court** Juan Fernandez-Barquin .

Circuit **Clerk of Court** and Comptroller of Miami-Dade County .

FL Court Eleventh Judicial Circuit Chief Judge Nushin G. Sayfie .

**Address**: 73 W. Flagler Street. Miami, Florida 33130 .

MIAMI-DADE Police Department [(305) 476-5423; 305-471-1900] .

**Address**: 9105 NW 25th St, Suite 3065. Doral, FL 33172 .

MIAMI-DADE SHERIFF'S OFFICE [(305) 471-3518] .

**Address**: 9105 NW 25th St, Suite 3072. Doral, FL 33172-1500 .

Miami-Dade County Government: Board of County Commissioners .

**Address**: Stephen P. Clark Center [305-375-3611; 305-375-3717] .

**Address**: 111 NW 1st Street Miami, FL 33128 .

Miami-Dade County Attorney's Office: Attorney: Geri Bonzon-Keenan .

**Address**: Stephen P. Clark Center [305.375.5151; 305-375-5527] .

**Address**: 111 NW 1st Street. Suite 2810. Miami, FL 33128 .

**Florida Supreme Court**. .

**Address**: 500 South Duval Street, Tallahassee, FL. 32399-1925 .

City and County: Tallahassee, Leon County. Florida, 32399 .

Ph: (850) 488-0125. Email Address: fsc@flcourts.org .

**Florida State** 500 South Duval Street, Tallahassee, FL. 32399-1925 .

FLORIDA (FL) STATE **Office of the Attorney General** .

**Address**: PL-01 The Capitol Tallahassee. FL. 32399-1050 .

**US Government** as a required party. U.S. Department of Justice .

950 Pennsylvania Avenue, NW Washington, DC 20530-0001 US ;

_______________________________________________________.

_______________________________________________________.

**[name and address of Defendant(s)/Debtor(s)/Tenant(s)]**

- **OATH OR AFFIRMATION.**

**I certify under penalty of perjury that the contents of this complaint are true and correct.**

I further certify that I understand the contents of the foregoing motion, that the facts contained in the motion are true and correct, and that I have a reasonable belief that the motion is timely filed. By signing below, I certify to the best of my knowledge, information, and belief that this petition: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rules of Civ. Proc. Rule 11.

**SIGNATURE: [mm/dd/yyyy] :**

**I certify under penalty of perjury that the contents of this complaint are true and correct.**

**Date:** 04/10/2025 . [mm/dd/yyyy] /s/ Joel Alberto Horta Suarez .

**(Signature of Plaintiff/Attorney).**

Joel A. Horta Suarez .

**(Printed Name).**

Miami, Florida. 33114 .

**(Address).**

hortasuarezjoela@gmail.com.

**(E-mail Address).**

_______________ .

**(Fax Number).**

786-530-2082 .

**(Telephone Number).**

Sworn to before me and signed in my presence.

Date: 04/10/2025. Hon. _______________ .

**(Judge's Signature) .**

Date: 04/10/2025. Hon. _______________ .

**(Judge's Signature) .**

City and State: Miami, Florida . _______________ .

**(Printed Name and Title) .**

**Plaintiff/Creditor Information:**

Joel A. Horta Suarez ____________.

**(Printed Name of Plaintiff)**

Miami, Florida ________________.

FL. 33114 _____________________.

**(Address)**

hortasuarezjoela@gmail.com

**(E-mail Address)**

786-530-2082 _________________.

**(Telephone Number)**

cc: Joel A. Horta Suarez _________________.

**[name of Landlord]**

**Related Defendant/Debtor Information**

Wells Fargo Bank, National Association (N.A.) .

**[name and address of Defendant/Debtor/Tenant]**

**Defendant(s)/Debtor(s) Information**

FL Eleventh Judicial Circuit Court – clerksoffice@miamidade.gov _____.

**Address**: 73 W. Flagler Street. Miami, Florida 33130 _________________.

FL 11th Judicial Circuit **Clerk of Court** Juan Fernandez-Barquin ____.

Email Address: clerksoffice@miamidade.gov __________________________.

FL Court Eleventh Judicial Circuit Chief Judge Nushin G. Sayfie _____.

Ph: (305) 275-1155. Email Address: fsc@flcourts.org .

**[name and address of Defendant(s)/Debtor(s)/Tenant(s)]**

**Defendant/Debtor Information**

**FLORIDA SUPREME COURT**. Clerk of Court John A. Tomasino .

500 South Duval Street, Tallahassee, FL. 32399-1925 .

City and County: Tallahassee, Leon County .

Florida, 32399. (850) 488-0125. Email Address: fsc@flcourts.org .

**[name and address of Defendant/Debtor/Tenant]**

**Defendant/Debtor Information**

**FLORIDA SUPREME COURT**. Clerk of Court **John A. Tomasino** .

500 South Duval Street, Tallahassee, FL. 32399-1925 .

City and County: Tallahassee, Leon County .

Florida, 32399. (850) 488-0125. Email Address: fsc@flcourts.org .

**FLORIDA STATE** 500 South Duval Street, Tallahassee, FL. 32399-1925 .

FLORIDA (FL) STATE **Office of the Attorney General** .

**Address**: PL-01 The Capitol Tallahassee. FL. 32399-1050 .

**US Government** as a required party. U.S. Department of Justice .

950 Pennsylvania Avenue, NW Washington, DC 20530-0001 US .

(I). Judge Kevin Emas; (II). Judge Edwin A. Scales, (III). (III) Judge Monica Gordo .

**[name and address of Defendant/Debtor/Tenant]**

**Defendant/Debtor Information**

Yesenia Hoyos Almeida.

924 SW 136th Pl, Miami - Last Known Address in Miami FL.

City and County: Miami; Miami-Dade. evaristo061281@yahoo.es.

Florida, 33184.

**[name and address of Defendant/Debtor/Tenant]**

**Defendant/Debtor Information [Related]**

Chicago Mercantile Exchange Inc. (CME Group).

20 S Wacker Dr, Chicago, IL, 60606. US.

City and County: Cook County.

ILLINOIS, 60606. Telephone No: (312) 930-3292; (312) 930-1000.

**[name and address of Defendant/Debtor/Tenant]**

**Defendant/Debtor Information**

**US DEPARTMENT OF THE TREASURY**. – 1-202-622-2000.

1500 Pennsylvania Ave., NW, Washington, DC, 20220.

City and County: Washington, DC; District of Columbia County.

Washington, DC, 20220. (202) 622-2000.

Email Address: 1. Treasury.Direct@fiscal.treasury.gov.

Email Address: 2. SBLFInstitutions@treasury.gov.

**US Government** as a required party. **U.S. Department of Justice**.

950 Pennsylvania Avenue, NW Washington, DC 20530-0001 US.

**[name and address of Defendant/Debtor/Tenant]**

**Related Defendant(s)/Debtor(s) Information**

Wells Fargo Bank, National Association (N.A.); Whole Foods Market Miami .

Patak Trading Partners, LLC; Commodity Futures Trading Commission, FBI .

Miami Dade County; Miami Dade Police Department .

Multiple Parties; IBM et al.; INTERNAL REVENUE SERVICE (IRS); US .

Government; H&R Block Inc; and RR Accounting Service .

Capital One Bank NA/FC; Bank of America Corp .

Santander Bank NA (USA); et al .

**[name and address of Defendant/Debtor/Tenant]**

**Additional Defendants/Debtors Information**

SEE:
**1-)**. LIST OF PARTIES PARTIES ENGAGED IN ANTITRUST, COMMERCIAL DISCRIMINATION, DENIAL OF SERVICES, OTHER WRONGFUL DISCRIMINATION IN LENDING AND SERVICES IN GENERAL, AND UNACCEPTABLE BUSINESS AND COMMERCIAL PRACTICES"; filed on 05/29/2024.

**2-)**. LIST OF SEVERAL PARTIES ENGAGED IN EMPLOYMENT DISCRIMINATION ACTIONS IN PETITION SC2020-1397"; filed on 05/29/2024.

International Business Machines (IBM) Corporation; .

University of Miami (UM). Bloomberg Inc; Bloomberg LP (Bloomberg Company) .

Capital One Bank NA/FC; X (Company; formerly Twitter); EFinancialCareers .

Job Search Digest (A Hedge Fund jobs advertising Platform); BTIG .

JP Morgan Chase & Co.; Bank of America N.A./Corp; Morgan Stanley .

Goldman Sachs; Credit Suisse (As of 12 June 2023 formally acquired by UBS) .

UBS (Union Bank of Switzerland); Allianz; HSBC Holdings plc .

US Small Business Administration (SBA) (lending offered by Banking Institutions); Citibank, Citigroup; Northwestern Mutual; Citizens Financial Group.

LinkedIn; Indeed; Berkshire Hathaway; Boston Consulting Group; ProJobNetwork.

Other Finance Careers Job Search Engines (Day Traders jobs; and others) .

Other Financial and technology Companies During 2017 Year .

AT&T; ACLU; Boston University (BU) School of Medicine .

Harvard University (HU); AngelList Website; Mayo Clinic .

IMF; Bank of Switzerland; ITG (Investment Technology Group); Dow Jones.

New York Public Library; Sofi (Less Mature Case; Startup and Competitor).

Stack Overflow; Walmart; Swisscom (International Companies Via Xing Website.

New York Times; Condé Nast (Vogue).

**Pattern that restarted in 2018**; Submitted Several (And I Really Mean Several, Hundreds of them) Employment Applications to Several Companies in New YorkGlassdoor Employment Search Engine, LinkedIn, Dice, Startup New York, Built in NYC, CareerBuilder, Zip-recruiter, and Other New York State Specific Job Search Engines. They Include Many Retailers in Fashion and Malls, Some Healthcare Organizations, and Technology and Financial Companies. Among them Capital One, Wells Fargo (Although Subject to Some Completion Requirements), and Bank of America.

**TECH RELATED COMPANIES:**

Microsoft; HP (Hewlett-Packard); Instagram. Dell; AT & T; Comcast; Monster.

Wells Fargo Bank N.A.; Amazon; YouTube; Google (Alphabet Inc); Facebook.

Accenture; Deloitte.

**PRIVATE EQUITY COMPANIES:**

Investcorp; Blackstone.

**ASSET MANAGEMENT COMPANIES AND INVESTMENT COMPANIES IN GENERAL:**

Black Rock.

**CAPITAL MARKETS AND FINANCIAL EXCHANGES COMPANIES:**

Chicago Mercantile Exchange Inc. (CME Group); Nasdaq; SIX [Swiss Exchange].

Around 2017 to 2018 Trulia and Airbnb are Other Companies which were Reached for Jobs Applications or Business Proposals .

**Defendant(s)/Debtor(s) Information – Case Number: 24-10211:**

Capital One Bank NA/FC. 1680 Capital One Dr Mclean, VA 22102 .

Bank of America N.A./Corp. 100 N. TRYON STREET, NC 28255 .

Santander Bank NA (USA). 601 Penn St. Reading PA 19601 .

JP Morgan Chase & Co. 383 MADISON AVENUE NY 10017 .

Wells Fargo Bank N.A. 101 N Phillips Ave Sioux Falls, SD 57104 .

FRB Bank of Atlanta. 1000 Peachtree Street N.E. Atlanta, GA 30309 .

Hilton Worldwide Holdings Inc. 2711 Centerville Rd, WIL, DE 19808 .

PNC Bank, N.A. 222 Delaware Ave WIL, DE 19801 .

Chicago Mercantile Exchange Inc. 20 S Wacker Dr, Chicago IL 60606 .

**[name and address of Defendant(s)/Debtor(s)/Tenant(s)]**

**Defendant/Debtor Information — Case Number: 24-10974 and 2022-022269-CA-01:**

Wells Fargo Bank, National Association (N.A.) .

101 N Phillips Ave Sioux Falls, SD 57104 .

City and County: Sioux Falls, Minnehaha .

South Dakota. 57104 .

**[name and address of Defendant/Debtor/Tenant]**

**Defendant/Debtor Information — Case Number: 24-10974 and 2022-005281-CA-01:**

Internal Revenue Service (IRS).

1111 Constitution Ave., NW Washington.

City and County: Washington DC.

DC 20224.

**[name and address of Defendant/Debtor/Tenant]**

**Defendant(s)/Debtor(s) Information – Case Number: 24-10974:**

**Joined Parties on Open Account– Specific Performance and Action for the price: 2022-022269-CA-01 & 2022-05281-CA-01:**

Chipotle Mexican Grill (Brickell). 891 S Miami Ave, Miami FL 33130.

Chipotle Mexican Grill Coral Gables. 2235 SW 37th Ave Mia Fl 33145.

Vicky Bakery Coral Gables. 245 University Dr, Coral Gables Fl 33134.

Miami Intl Airport (MIA). 2100 NW 42nd Ave, Miami, FL 33142.

Publix Super Market Brickell. 911 SW 1st Ave, Miami, FL 33130.

**[name and address of Defendant(s)/Debtor(s)/Tenant(s)]**

**Defendant(s)/Debtor(s) Information – Case Number: 24-10974:**

**Joined Receivers on 2022-022269-CA-01:**

Amerant Bank NA. 220 Alhambra Cir Coral Gables, FL 33134.

Capital One Bank NA/FC. 1680 Capital One Dr Mclean, VA 22102.

FRB Bank of Atlanta. 1000 Peachtree Street N.E. Atlanta, GA 30309.

FRB Bank of New York. 33 Liberty St, New York, NY 10045 .

JP Morgan Chase & Co. 383 MADISON AVENUE NY 10017 .

Realtor.com. 3315 Scott Blvd. Suite 250 Santa Clara, California 95054 .

Santander Bank NA (USA). 601 Penn St. Reading PA 19601 .

SOFI Bank NA. 2750 E Cottonwood Pkwy Salt Lake City UT 84121 .

Truist Bank. 214 N Tryon St Charlotte, NC 28202 .

Zillow Group Inc. 1301 Second Avenue, Floor 36 Seattle, WA 98101 .

**[name and address of Defendant(s)/Debtor(s)/Tenant(s)]**

**Defendant/Debtor Information – Case Number: 2023-021648-CA-01;**

**Case Number: 1:23-cv-07723; 1:23-cv-23468; 23-13210 & 24-10156:**

Whole Foods Market Downtown Miami .

299 SE 3rd Ave, Miami, FL 33131 .

City and County: Miami, Miami Dade County .

Florida, 33131 .

**[name and address of Defendant/Debtor/Tenant]**

**Defendant/Debtor Information – Case Number: 2023-020816-CA-01;**

**Case Number:**

MIAMI COMPREHENSIVE HOLDING LLC, Unknown Tenants .

345 Palermo Avenue, Coral Gables, FL 33134 .

City and County: Coral Gables, Miami Dade County .

Florida, 33134 ______________________________________________.

**[name and address of Defendant/Debtor/Tenant]**

______________________________________________.

______________________________________________.

______________________________________________.

______________________________________________.

______________________________________________.

**[name and address of Defendant/Debtor/Tenant]**

**IN THE US COURT OF APPEALS FOR THE ELEVENTH CIRCUIT.**

**STATE OF FLORIDA – COUNTY OF** _Miami Dade___________’

COUNTY OF ___Miami Dade________________’

Sworn to or affirmed and signed before me on _04/15/2025______‘by

_Joel Alberto Horta Suarez__________________‘

_____________________________________.

CLERK, DEPUTY CLERK or NOTARY PUBLIC.

_____________________________________.

*{Print, type, or stamp commissioned name of notary or deputy clerk.}*

____Personally known. _X__Produced identification

____Type of identification produced _________________________________

And **who took an oath**.

**IF A NON LAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:**

[fill in all blanks] This form was prepared for the Petitioner.

This form was completed with the assistance of:

*{name of individual}* ________________________________________________.

*{name of business}* ________________________________________________.

*{address}* __________________________________________________________.

*{city}*_______,*{state}* ____*{zip code}*_______,*{telephone number}*___________.

**STATE OF FLORIDA**

COUNTY OF ___Miami Dade_______________’

Sworn to or affirmed and signed before me on ___04/15/2025______‘by

_Joel Alberto Horta Suarez__________________‘

____________________________________.

CLERK, DEPUTY CLERK or NOTARY PUBLIC.

____________________________________.

*{Print, type, or stamp commissioned name of notary or deputy clerk.}*

____Personally known. _X__Produced identification

____Type of identification produced ________________________________

And **who took an oath**.

**IF A NON LAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:**

[fill in all blanks] This form was prepared for the Petitioner.

This form was completed with the assistance of:

*{name of individual}* _______________________________________________.

*{name of business}* ________________________________________________.

*{address}* _________________________________________________________.

*{city}*_______,*{state}* ____*{zip code}*_______,*{telephone number}*___________.

Approved for use under rule 10-2.1(a) of the Rules Regulating The Florida Bar The Florida Bar 2010